# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| EDWARD D. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV408-075 |
| CHATHAM COUNTY NARCOTIC TEAM, CHATHAM COUNTY COURT, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On April 15, 2008, plaintiff submitted a complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (Doc. 1.) On September 15, 2008, plaintiff's case was reassigned to a different district court judge. (Doc. 6.) The Clerk mailed a copy of the Order of reassignment to plaintiff at the Chatham County Detention Center, which he had specified as his address. On September 22, 2008, the Court's Order was returned as

undeliverable. (Doc. 7.) Without a current mailing address, the Court cannot move this case forward or even communicate with plaintiff. A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Because plaintiff has failed to keep the Court advised of his current mailing address, his case should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  8th  day of December, 2008.

s/ G. R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**